James J. Manchee
Manchee & Manchee, PC
12221 Merit Drive, Suite 950
Dallas, Texas 75251
(972) 960-2240 (telephone)
(972) 233-0713 (fax)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| NIKA MICHELLE McCOY § § Plaintiff, § § § VS. § § CHASE BANK USA, N.A. D/B/A CHASE, § § Defendant. § | Civil Action No.3:14-cv-04008-P |

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiff, Nika Michelle McCoy hereby gives notice of serving her Initial Disclosures required by Federal Rule of Civil Procedure 26(a)(1) on Defendant Chase Bank USA, N.A. d/b/a Chase's counsel of record.

Respectfully submitted,

  /s/ James J. Manchee
James J. Manchee
State Bar Number 00796988
Marilyn S. Altamira
State Bar Number 00796119
Manchee & Manchee PC
12221 Merit Drive, Suite 950
Dallas, Texas 75251
(972) 960-2240 (telephone)
(972) 233-0713 (fax)
jim@mancheelawfirm.com

COUNSEL FOR PLAINTIFF

**Notice of Service of Plaintiff's Rule 26(a)(1) Initial Disclosures - Page 1 of 2**

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2015, I sent a true and correct copy of the above notice and Plaintiff's Rule 26(a)(1) Initial Disclosures by certified mail, return receipt requested, to Defendant's counsel of record: Kenneth A. Hill, Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201..

          /s/ James J. Manchee
          James J. Manchee