**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| NIKA MICHELLE MCCOY, § | |
|    Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:14-cv-04008-P |
| CHASE BANK USA, N.A. § | |
| D/B/A CHASE § | |
|    Defendant. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JORGE A. SOLIS, CHIEF UNITED STATES DISTRICT JUDGE:

Pursuant to Fed. R. Civ. P. 41(a), Nika Michelle McCoy (the "Plaintiff") and Chase Bank USA, N.A. (the "Defendant"), being all of the parties to this lawsuit, hereby dismiss this lawsuit with prejudice, with each party to bear its own fees, costs, and expenses.

Respectfully submitted,

*/s/ James J. Manchee*
JAMES J. MANCHEE
Texas Bar No. 00796988
MANCHEE & MANCHEE, LLP
12221 Merit Drive, Suite 950
Dallas, Texas 75251
(972) 960-2240 Telephone
(972) 233-0713 Facsimile
ATTORNEYS FOR THE PLAINTIFF
   and
QUILLING, SELANDER, LOWNDS
   WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201-4240
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
By: */s/ Kenneth A. Hill*
   Wm. Lance Lewis
   State Bar No. 12314560
   Kenneth A. Hill
   State Bar No. 09646950
ATTORNEYS FOR THE DEFENDANT